IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR282 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL L. HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 70), and the stipulation of the parties (Filing No. 71). Pursuant to the retroactive amendment to the crack cocaine guidelines, the defendant's final offense level is reduced from 27 to 25. His criminal history category remains at III. The government and defense agree that his sentence should be reduced to seventy (70) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motions to reduce sentence are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to seventy (70) months. Defendant shall receive credit for all time served.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 8th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court